In the Matter of THOMAS F. CARROLL et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued August 15, 1952; decided August 15, 1952.

*George H. Fitzgerald* for appellants.

*Roland C. Bucher* for John J. Walsh, respondent.

*Denis M. Hurley, Corporation Counsel (Irwin L. Herzog* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.